UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CJA Acquisition Group,

Plaintiff,

Civil 00-1938 PAM/JGL

v.

**ORDER OF DISMISSAL**

CWC Sports,

Defendant.

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: June 4 , 2001

PAUL A. MAGNUSON, CHIEF JUDGE
United States District Court

FILED JUN 06 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________